## SWIFT *v.* THE STATE.

The evidence not being sufficient to show beyond all reasonable doubt that the representations relied on as a foundation for the accusation of cheating and swindling were false, the court erred in not granting a new trial.

Submitted October 18,—Decided November 8, 1906.

Accusation of misdemeanor. Before Judge Roan. City court of Douglas. June 20, 1906.

*Rogers & Heath, A. J. McDonald,* and *C. A. Ward,* for plaintiff
in error.   *M. D. Dickerson, solicitor, W. C. Lankford,* and *Quincey
& McDonald, contra.*

ATKINSON, J.   This was a prosecution for cheating and swind-
ling.   The prosecutor claimed that the accused represented to him
that a certain number of ties had been cut, under a contract en-
tered into between them, and that on the faith of those representa-
tions various amounts of money had been advanced by the prose-
cutor to the defendant.   It was also contended that these represen-
tations were false as to the number of ties, and the prosecutor was
thereby defrauded and cheated on account of the advances made
being in excess of the number of ties cut.   The evidence as to the
number of ties actually cut is not sufficient to show beyond all
reasonable doubt that the representations of the accused were false.
Such being the case, the accused should not have been convicted
under the accusation.   The court erred in not granting a new trial.
                    *Judgment reversed.   All the Justices concur.*